```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 14502
    STACY L GUARDIOLA
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

           Debtor
    SSN XXX-XX-8207


------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 08/10/2007 and was confirmed 10/29/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 10/06/2008.
------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
------------------------------------------------------------------------
CAPITAL ONE              UNSEC W/INTER    656.86           .00           .00
AMERICREDIT FINANCIAL SV NOTICE ONLY    NOT FILED          .00           .00
GMAC MORTGAGE            CURRENT MORTG      .00            .00           .00
GMAC MORTGAGE            MORTGAGE ARRE   9181.41           .00         250.13
AMERICREDIT FINANCIAL SV SECURED VEHIC  10665.00         692.63        2016.00
AMERICREDIT FINANCIAL SV UNSEC W/INTER   2006.97           .00           .00
PIERCE & ASSOC           NOTICE ONLY    NOT FILED          .00           .00
ARROW FINANCIAL SERVICES UNSEC W/INTER  NOT FILED          .00           .00
ACTIVITY COLLECTION SVC  UNSEC W/INTER    187.80           .00           .00
AFNI INC                 UNSEC W/INTER  NOT FILED          .00           .00
ATLANTIC CREDIT & FINANC UNSEC W/INTER   2886.36           .00           .00
BLAIR CORPORATION        UNSEC W/INTER  NOT FILED          .00           .00
BLITT & GAINES           NOTICE ONLY    NOT FILED          .00           .00
CERTIFIED SERVICES       UNSEC W/INTER  NOT FILED          .00           .00
DEPENDON COLLECTION SE   UNSEC W/INTER  NOT FILED          .00           .00
WORLD FINANCIAL NETWORK  UNSEC W/INTER      .00            .00           .00
FALLS COLLECTION SERVICE UNSEC W/INTER     80.00           .00           .00
IC SYSTEMS INC           UNSEC W/INTER  NOT FILED          .00           .00
IC SYSTEMS INC           UNSEC W/INTER  NOT FILED          .00           .00
NATIONAL CREDIT ADJUSTER UNSEC W/INTER  NOT FILED          .00           .00
ROUNDUP FUNDING LLC      UNSEC W/INTER    493.00           .00           .00
NATIONAL CREDIT ADJUSTER UNSEC W/INTER  NOT FILED          .00           .00
NICOR GAS                UNSEC W/INTER    305.69           .00           .00
TARGET                   UNSEC W/INTER  NOT FILED          .00           .00
TRI STATE ADJUSTMENT     UNSEC W/INTER  NOT FILED          .00           .00
VANRU CREDIT             UNSEC W/INTER  NOT FILED          .00           .00
VANRU CREDIT             NOTICE ONLY    NOT FILED          .00           .00
VANRU CREDIT             UNSEC W/INTER  NOT FILED          .00           .00
WORLD FINANCIAL NETWORK  UNSEC W/INTER      .00            .00           .00
WORLD FINANCIAL NETWORK  UNSEC W/INTER      .00            .00           .00
PORTFOLIO RECOVERY ASSOC UNSEC W/INTER   2517.28           .00           .00
KONSTANTINE T SPARAGIS   DEBTOR ATTY    2,749.00                       2,749.00

                    PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 07 B 14502 STACY L GUARDIOLA
```

```
TOM VAUGHN                  TRUSTEE                                 462.24
DEBTOR REFUND               REFUND                                     .00

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                          RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                   6,170.00

PRIORITY                                                .00
SECURED                                            2,266.13
    INTEREST                                         692.63
UNSECURED                                               .00
ADMINISTRATIVE                                     2,749.00
TRUSTEE COMPENSATION                                 462.24
DEBTOR REFUND                                           .00
                         ---------------      ---------------
TOTALS                    6,170.00                 6,170.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 01/26/09                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE